The parties joint stipulation of dismissal with prejudice is approved pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own attorney's fees and costs.

It is so ordered.
s/James G. Carr
Sr. U.S. District Judge
Date: 10/30/2024

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

MARIA WARTH,

    Plaintiff,

v.

SANOFI US SERVICES INC. et al.,

    Defendants.

Case No. 3:23-cv-01090-JGC

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Maria Warth and Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc., hereby stipulate to the dismissal of this action with prejudice with each party to bear its own attorney's fees and costs.

Dated: October 22, 2024　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| */s/ John J. Carey* (with permission) | */s/ Matthew E. DePaz* |
| Jeffrey J. Lowe | Matthew E. DePaz |
| Andrew J. Cross | Adrienne L. Byard |
| John J. Carey | SHOOK, HARDY & BACON L.L.P. |
| CAREY DANIS & LOWE | 2555 Grand Blvd. |
| 8235 Forsyth Blvd., Suite 1100 | Kansas City, MO 64108 |
| St. Louis, MO 63105 | Phone: (816) 474-6550 |
| Phone: (314) 725-7700 | Fax: (816) 421-5547 |
| Fax: (314) 678-3401 | mdepaz@shb.com |
| jlowe@careydanis.com | abyard@shb.com |
| across@careydanis.com | |
| jcarey@careydanis.com | Samantha Pugh |
| | Paul N. Garinger |
| Tracy L. Turner | BARNES & THORNBURG LLP |
| Pendley Baudin & Coffin | 41 South High Street, Suite 3300 |
| 1100 Poydras Street, Ste. 2505 | Columbus, OH 43215 |
| New Orleans, LA 70163 | Phone: (614) 628-1451 |
| Phone: 614-657-3454 | Fax: (614) 628-1433 |

tturner@pbclawfirm.com

*Counsel for Plaintiff Maria Warth*

spugh@btlaw.com
pgaringer@btlaw.com

*Counsel for Defendants Sanofi US Services Inc. and sanofi-aventis U.S. LLC*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2024, the foregoing was filed via the Court's Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to all attorneys of record.

                                              /s/ *Matthew E. DePaz*
                                              Matthew E. DePaz